JS-6

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| BRANDON KEITH BASKETT,<br><br>        Petitioner,<br><br>    v.<br><br>JOHN SOTO, *Warden*,<br><br>        Respondent. | Case No. ED CV 15-1829 PSG (JCG)<br><br>**JUDGMENT** |

IT IS ADJUDGED that the above-captioned action is **DISMISSED WITH PREJUDICE** for the reasons set forth in the Magistrate Judge's Report and Recommendation to Dismiss Action as Untimely and this Court's Order (1) Accepting Report and Recommendation of United States Magistrate Judge and (2) Denying Habeas Petition, Certificate of Appealability, and Evidentiary Hearing.

DATED: 11/4/2015

                                  HON. PHILIP S. GUTIERREZ
                                  UNITED STATES DISTRICT JUDGE